**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MARCH 24, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
**---------------------------------------------------------------**

WD77693      Jennifer Lucas vs. Carlyle Van Lines, Inc. and Division of Employment
             Security
WD77938      Ida Lavalais vs. Division of Employment Security


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
**---------------------------------------------------------------**

WD76300      State of Missouri vs. Harry G. Campbell